# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:17-cv-02998-JFW-AJWx          Date 5/3/17

Title: Maria Morris et al v. Bellflower Unified School District

Present: The Honorable John F. Walter

|                   Shannon Reilly                   |                   Not Reported                   |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                 Attorneys Present for Defendants:

Not Present                                        Not Present

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
     Make JS-6.

☒  Other  Plaintiff failed to respond to Text Entry Order [10] and Order to Show Cause [12].

☐  Entered _____.


          Case dismissed without prejudice - JS-6


                                        Initials of Preparer _____sr_____